## 32719. KARLSBERG et al. v. HOOVER et al.

PER CURIAM.

The application for certiorari being improvidently granted, the writ is hereby dismissed.

*Dismissed. All the Justices concur, except Hill and Marshall, JJ., who are disqualified.*

ARGUED NOVEMBER 14, 1977 — DECIDED NOVEMBER 29, 1977.

*Ringel, Gray & Hinson, Jerry T. Hinson, Charles Ratz,* for appellants.

*Gambrell, Russell, Killorin & Forbes, Harold L. Russell, Thomas W. Rhodes,* for appellees.